UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA               Hon. Lois H. Goodman
    v.

                                   Mag. No. 21-05037

JARON FLOWERS

                               CONSENT ORDER TO
                               REVOKE BAIL

      This matter having come before the Court by application of the Defendant JARON FLOWERS, (by Adam Axel, Assistant Federal Public Defender), with the consent of the Government (by AUSA Eric Suggs), and consent from Pretrial Services (by Nick Zotti), the parties hereby consent to the following:

IT IS on this 23rd day of November, 2022,

      ORDERED that:

The defendant's bail shall be revoked on Monday, November 28, 2022.

The defendant shall voluntarily surrender to the United States Marshal in Newark, New Jersey on Monday, November 28, 2022 at 10:00 a.m.

_____
HONORABLE DOUGLAS E. ARPERT
On behalf of
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE